PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

Name of Offender: Gavin Gatta						Cr.: 10-00668-001
								PACTS #: 59109

Name of Sentencing Judicial Officer:	Honorable Dennis M. Cavanaugh
					United States District Judge

Date of Original Sentence: 01/24/2011

Original Offense: FRAUD BY WIRE - RADIO - OR TELEVISION

Original Sentence: Imprisonment - 48 months; Supervised Release- 36 months

Special Conditions: Special Assessment - $100; Mental Health Treatment; New Debt Restrictions; Restitution - $24,911,374.98

Type of Supervision: Supervised Release			Date Supervision Commenced: 12/02/2014

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

RESTITUTION: The defendant shall make restitution in the total amount of $24,911,374.98. In the event the entire restitution is not paid prior to commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $200.00.

## CAUSE

Mr. Gatta currently resides with his mother in Long Branch. He is employed as a car salesman at Sansone's Nissan in Neptune, New Jersey, and he is paid by commission. He is also making monthly financial contributions to support his two sons. We have determined that Mr. Gatta does not have the ability to pay $1,000 a month, as ordered by the Court. We respectfully request that his monthly payment be reduced to $200.00.

Respectfully submitted,
By: Monica G Martin
U.S. Probation Officer
Date: 09/21/2016

THE COURT ORDERS:

- ☐ The Extension of Supervision as Noted Above
- ☒ The Modification of Conditions as Noted Above
- ☐ No Action
- ☐ Other

_____
Signature of Judicial Officer

_____
Date