CRAIG CARPENITO
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-645-3210
email: jordan.anger@usdoj.gov
(FLU:KCP)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | **HON. Madeline Cox Arleo** |
| | *Plaintiff,* | **CR NO. 10-668** |
| v. | | |
| **GAVIN GATTA,** | | **APPLICATION AND ORDER FOR WRIT OF CONTINUING GARNISHMENT** |
| | *Defendant,* | |
| and | | |
| **ADP (Automated Data Processing) and its successors or assigns,** | | |
| | *Garnishee.* | |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the defendant, Gavin Gatta, social security number \*\*\*-\*\*-3865, whose last known address is: Long Branch, NJ 07740 in the above cited action in the amount of $24,911,474.98, plus interest at the rate of $0.26% per annum and penalties.

The total balance due and owing as of September 5, 2019 is $25,383,462.71.

Demand for payment of the above-stated debt was made upon the debtor not less than

30 days from September 5, 2019, and debtor has failed to satisfy the debt.

- The Garnishee is believed to owe or will owe money or wages to the judgment debtor. More specifically, the Garnishee is the employer of the defendant, Gavin Gatta, and its successors or assigns. This Writ of Continuing Garnishment is intended to compel the Garnishee to pay to the United States twenty-five percent (25%) of the disposable earnings of defendant, Gavin Gatta, pursuant to 28 U.S.C. § 3002(9).

The name and address of the Garnishee or his authorized agent is:

> ADP (Automated Data Processing)
> 1 ADP Boulevard
> Roseland, NJ  07068

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Continuing Garnishment.

CRAIG CARPENITO
UNITED STATES ATTORNEY

By: _____
JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY

IT IS, on this __17__ day of __Sept__, 2019,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Continuing Garnishment.

_____
HON. MADELINE COX ARLEO
UNITED STATES DISTRICT COURT